# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHELONDA SEALEY, | : | Case No. 3:18-cv-222 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. The parties request the mediation take place within the next 45 to 60 days, if practicable. The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not the mediation resulted in settlement of this case.

**IT IS SO ORDERED**.

March 18, 2019
*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge
ADR Coordinator